UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRUCE JEFFERSON | : | PRISONER |
| V. | : | CIV. NO. 3:01CV1575 (JCH)(HBF) |
| JOHN ARMSTRONG, JACK TOKARZ, LYNN MILLING AND DIRECTOR LEVESQUE | : | DECEMBER 23, 2003 |

## THE DEFENDANTS' MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to the Local Rules of Civil Procedure, the defendants respectfully move for a modification of the scheduling order, giving them until January 23, 2004 to respond to discovery and February 12, 2004 to renew their motion for summary judgment.

1. On December 5, 2003, the court issued a ruling on the defendants' motion for summary judgment. The court granted the defendants motion in part, but denied that portion concerning the plaintiff's condition of confinement claim. The court further ordered the defendants to respond to the plaintiff's interrogatories and request for production within 30 days of the date of the ruling. The court further granted the defendant 30 days from the date of discovery compliance to renew summary judgment on their exhaustion defense.

2. Although the ruling was dated December 5, the computerized docket indicates that it was not filed until December 8, 2003 and not entered until December 12, 2003.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 22d day of December 2003 to:

Bruce Jefferson, Inmate No. 245137
MacDougal-Walker Correctional Institution
1153 East South Street
Suffield, CT 06080

_____
Neil Parille
Assistant Attorney General