# United States District Court
# District Of Connecticut

| | |
|---|---|
| Bruce D. Jefferson | : Prisoner Case No. |
| v. | : 3:01-cv-1575 (JCH)(HBF) |
| John Armstrong, et al. | : December 26, 2003 |

### Plaintiff's Notice Of Intent To Appeal

The Plaintiff, Bruce D. Jefferson ("Jefferson"), Currently A Pro-Se Litigant Confined At The MacDougal-Walker Correctional Institution In Suffield, CT, Now Comes With His Motion With His Notice Of Intent To Appeal, For The Following Reasons:

1) The District Court Has In Fact Misread The Plaintiff's Submitted Exhaustion Of Administrative Remedies

2) The Plaintiff Maintains The Fact That, The District Court (Never) Took Into Consideration That The Plaintiff, Although He Was Being Temporarily Housed In Greensville, Va. That He Was Still A Connecticut State Inmate, Sentenced Under Connecticut State Law, & Statues, Therefore Subject To The Exact Same Disciplinary Procedures As A Connecticut State Inmate Being Housed In Connecticut. However, The Plaintiff Was Punitivly Punished Under Virginia D.O.C. Rules & Regulations. The Virginia D.O.C. Would Therefore Administer There Punishment To A Conn. State Inmate However, They Would (Not) Administer (Any) Benefits Of The Virginia D.O.C. Such As I.E... Good Time, Or Work Camp. The Plaintiff State's That The Conn. D.O.C.

By Sending Conn. Inmates To Virginia To Be Housed, Makes A Conn. Inmate, "Half Of A Conn. Inmate, And Half Of A Virginia Inmate However, They Only Give A Conn. Inmate The Punishment Of Being Half Of Virginia Inmate And [Not] The Benefit Of Being Half Of A Virginia Inmate. This is "Illegal".

3) There Were (No)(Disciplinary Charges) Against The Plaintiff With The Exception Of (one) Disciplinary Charge Administered Against The Plaintiff on July 4, 2001.

4) The District Court Assertion Of A Charge Being Levied Against The Plaintiff By A Correctional Officer In Virginia Is Totally "Inaccurate".

5) This District Court's Finding That The Improper Classification Of Inmates In The Custody Of The Conn. Dept. Of Correction Does Not give Rise To A Civil Rights Action Is Totally Inaccurate. (See Cruel & Unuseual Punishment).

6) The Plaintiff Maintains That There Was Absolutley (No Cause) For His Continued Confinement In Segregation, Under Deplorable Conditions, For A Additional 60-Day's After His Accepted Penalty Offer Of 15-Day's.

7) The Plaintiff Also Challenges This District Court's Interpretation Of Double Jeopardy As It Relates To A Confined Inmates "Liberty Interest"

Wherefore: For All Of The Following Reason's Listed Above, The Plaintiff Submits His "Notice Of Intent To Appeal, The Defendants Granting Of "Summary Partial Judgement,

"Affiant Further Sayeth Naught"

*Bruce D. Jefferson*
Bruce D. Jefferson - 245137
1153 - East St, South
Suffield, CT 06078

## CERTIFICATION

This is to certify that on this 26th day of December, 2003, the foregoing was either mailed, post paid, or hand-delivered to the following individuals;

All Defendants, &
Atty. Neil Parille
Assist. Atty. General
110-Sherman St.
Htfd, CT 06105


Bruce D. Jefferson
BRUCE D. JEFFERSON - 245137