United States District Court
District Of Connecticut

Bruce D. Jefferson  : Prisoner Case No.
      v.            : 3:01-cv-1575 (JCH)(HBF)
John Armstrong, et al. : December 26, 2003

## Motion For Enlargement Of Time For Plaintiff To File His Appeal

Here Now Comes The Plaintiff, Bruce D. Jefferson ("Jefferson"), Currently A Pro-Se Litigant Confined At The McDougal-Walker Correctional Institution In Suffield, CT, With His Motion For Enlargement Of Time To File His Appeal On The Summary Judgement Portion Issued In The Above Captioned Case, For All The following Reason's;

1) The Plaintiff Is Right Now Scheduled To Soon Begin Trial In Another Active Case located In Hartford Superior Court And Is Right Now In The Middle Of Extremly Intensed, Urgent, Litigation As He Prepares For His Up-Comming Trial.

2) The Plaintiff Doe's (Not) Possess The Necessary Tools That Is Needed To File His Accurate Federal Appeal Where He Is Presently Being Housed Therefore, He Need's Additional Time To Prepare Than Usual.

3) The Plaintiff Also State's That The Above Defendants Agents Has Been Deliberatly Making It Very Difficult For The Plaintiff To Properly Litigate This Case, And Prepare His Appeal By Hindering His Access To Receiving His In-Comming Legal Mail, Legal Telephone Calls To Inmate Legal Assistance Program, Access To The Library, And Use Of Any Typewriters, For Absolutly (No) Peneological Reason, Other Than To Deliberatly "Obstruct The Litigation Of The Plaintiff.

Wherefore: For All Of The Above Listed Reason's, The Plaintiff Humbly, & Urgently, Pray's For A Immediate Order For The Following;

A) That He Be Given Until April 30, 2004 To File His Appeal With This Honorable Court On The Granted Summary Judgement Portion Of The Ruling In Favor Of The Defendants In The Above Captioned Case

B) That This Honorable Court Issue A Immediate Court Order To The Defendants Agents Located Here At McDougal-Walker C.I., To Give The Plaintiff Immediate Access To The Following; 1) Typewriter 2). Legal Envelope's 3) Legal Copie's, 4) Legal Telephone Calls, 5.) And Emergency Access, 2wice A Week Until April 30, 2004 To The Facillitie's Library.

C) And To Cease "Immediatly" (All) Deliberate Hindering, As Well As Obstruction, Against The Plaintiff In It's Entirety

D) As Well As Any Additional Relief Deemed Necessary By THis HonorABle CourT.

"AffiaNT FurTHer SayeTH NaugHT"

*Bruce D. Jefferson*
BRuce D. JefferSON - 245137
1153 - EAsT ST. SouTH
Suffield, CoNN 06078

## CERTIFICATION

This Is To Certify That On This 26th Day Of December, 2003, The Foregoing Was Either Mailed, Post Paid, Or Hand-Delivered, To The Following Individuals:

All Defendants, &
Atty. Neil Parille
Assist. Atty General
110-Sherman St.
Hartford, Conn 06105


*Bruce D. Jefferson*
BRUCE D. JEFFERSON