UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
BRUCE D. JEFFERSON            :
                              :              PRISONER
    v.                        :   Case No. 3:01CV1575(JCH)(HBF)
                              :
JOHN ARMSTRONG, et al.        :
```

RULING AND ORDER

Plaintiff has filed a motion seeking an extension of time to file his appeal of the court's December 8, 2003 ruling granting in part and denying in part defendant's motion for summary judgment. For the reasons that follow, plaintiff's motion is denied.

To appeal a district court decision, plaintiff need only file a notice of appeal with the district court. Plaintiff filed a document entitled "Plaintiff's Notice of Intent to Appeal" with his motion for extension of time. Thus, plaintiff has done all that is required at the district court level. The court clerk will forward plaintiff's notice to the Court of Appeals. Any briefing schedule will be issued by that court. If plaintiff cannot meet any deadlines, he may file a motion for extension of time at the Second Circuit.

Plaintiff's motion for extension of time [**doc. #55**] is **DENIED**.

**SO ORDERED.**

Entered this 22 day of January, 2004, at Bridgeport, Connecticut.

/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE