```
             UNITED STATES DISTRICT COURT
               DISTRICT OF CONNECTICUT


BRUCE D. JEFFERSON            :
                              :         PRISONER
     v.                       :   Case No. 3:01CV1575(JCH)(HBF)
                              :
JOHN ARMSTRONG, et al.        :
```

RULING AND ORDER

Defendants' motion for modification of scheduling order [**doc. #53**] is **GRANTED.**

    **SO ORDERED.**

Entered this 23 day of January, 2004, at Bridgeport, Connecticut.

```
                         _____/s/_____
                         HOLLY B. FITZSIMMONS
                         UNITED STATES MAGISTRATE JUDGE
```