UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRUCE D. JEFFERSON                    : PRISONER CASE NO.
        V,                           : 3:01-CV-1575 (JCH)(HBF)
JOHN ARMSTRONG, ET AL.                : JANUARY 26, 2004

Request For Entry Of Default

To: Clerk Of The Court For The District Of Connecticut

You Will Please Enter The Default Of Defendant
John Armstrong, et al For Failure To Comply To The
Plaintiff's Granted Motion To Compel/ Discovery Request
As Appears From The Attached Affidavit Of
Bruce D. Jefferson.

                          Bruce D. Jefferson
                          Bruce D. Jefferson - 245737
                          1153-East St, South
                          Suffield, CT 06078

CERTIFICATION

THIS IS TO CERTIFY THAT ON THIS 26TH DAY OF JANUARY, 2004, THE FOREGOING WAS EITHER MAILED, POST PAID, OR HAND-DELIVERED, TO THE FOLLOWING INDIVIDUALS;

ALL DEFENDANTS, &
ATTY. NEIL PARILLE
ASSIST. ATTY. GEN
110-SHERMAN ST.
HARTFORD, CONN 06105

Bruce D. Jefferson
BRUCE D. JEFFERSON - 245737
1153 - EAST ST. SOUTH
Suffield, CT 06078