# United States District Court
## District Of Connecticut

| | |
|---|---|
| Bruce D. Jefferson | : Prisoner Case No. |
| V. | : 3:01-cv-1575 (JCH)(HBF) |
| John Armstrong, et al | : January 26, 2004 |

## Affidavit For Entry Of Default

State of Connecticut  )
                      ) -ss-
County of Hartford    )

Plaintiff Bruce D. Jefferson, Being Duly Sworn, Deposes And Says:

1) That He is The Pro Se Counsel In The Above-Entitled Matter.
2) That Defendant John Armstrong, et al was Served with A Copy of The District Court's Ruling Dated December 5, 2003 As Appears From Proof Of Service On File
3) That Defendant John Armstrong, et al, Has (Not) Complied, Or Answered The District Court's Order To Compel, And Produce Requested Discovery Documents, & Interrogatories As More Than 30-Day's Have elapsed Scince The Court's Order.

Bruce D. Jefferson
Bruce D. Jefferson - 245137
1153-East St. South
Suffield, CT 06078

I Declare Under The Penalty Of Perjury That The Foregoing Is True And Correct.

Signed This 26th Day Of January 2004

*Bruce D. Jefferson*
BRUCE D. JEFFERSON

CERTIFICATION

This Is To Certify That On This 26th Day Of January, 2004, The Foregoing Was Either Mailed, Post Paid, Or Hand-Delivered, To The Following Individuals;

All Defendants, &
Atty. Neil Parille
Assist. Atty. General
110-Sherman St.
Hartford, Conn 06105

*Bruce D. Jefferson*
BRUCE D. JEFFERSON