UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| BRUCE JEFFERSON | : PRISONER |
| VS. | : NO. 3:01CV1575 (JCH)(HBF) |
| | : |
| JOHN ARMSTRONG, JACK TOKARZ, | : |
| LYNN MILLING AND DIRECTOR LEVESQUE | : FEBRUARY 6, 2003 |

2004 FEB -9 P 12: 55

US DISTRICT COURT
BRIDGEPORT CT

### THE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RENEW THEIR MOTION FOR SUMMARY JUDGMENT

Pursuant to the Local Rules of Civil Procedure, the defendants respectfully move for a two week extension of time (until February 26, 2004) to file their renewed motion for summary judgment.

1. The court has set a deadline of February 12, 2004 for the defendants to renew their motion for summary judgment.

2. The defendants memorandum in support of their renewed motion for summary judgment is substantially complete. However, defendants' counsel believes that it will be necessary to obtain an affidavit from Connecticut's on-site monitor in Virginia as well as locate certain documents kept in Virginia. This may not be completed by February 12, 2004.

3. The plaintiff is currently appealing the court's ruling granting the defendants' motion for summary judgment in part. Since this appeal will take time to resolve, this brief extension of time will not delay the ultimate resolution of the case.

**ORAL ARGUMENT NOT REQUESTED.**
**TESTIMONY NOT REQUIRED.**

4. This is the first request for an extension of time with respect to the renewed motion for summary judgment.

5. Because the plaintiff is <u>pro se</u> and incarcerated, the undersigned has not sought his position on the motion.

>  DEFENDANTS,
>  John Armstrong, Lynn Milling
>  Jack Tokarz, Director Levesque
>
>  RICHARD BLUMENTHAL
>  ATTORNEY GENERAL
>
>  BY: *Neil Parille*
>  Neil Parille
>  Assistant Attorney General
>  Federal Bar No. ct15278
>  110 Sherman Street
>  Hartford, CT 06105
>  Telephone No.: (860) 808-5450
>  Fax No.: (860) 808-5591
>  E-mail: neil.parille@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this ___ day of February, 2004 to:

Bruce Jefferson, Inmate No. 245137
MacDougal-Walker Correctional Institution
1153 East South Street
Suffield, CT 06080

>  *Neil Parille*
>  Neil Parille
>  Assistant Attorney General

2