FILED

2004 FEB -9 P 12: 55

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE JEFFERSON | : PRISONER |
| | : NO. 3:01CV1575 (JCH)(HBF) |
| VS. | : |
| | : |
| JOHN ARMSTRONG, JACK TOKARZ, | : |
| LYNN MILLING AND DIRECTOR LEVESQUE | : FEBRUARY 6, 2003 |

**THE DEFENDANTS' OBJECTION TO
THE PLAINTIFF'S MOTION FOR DEFAULT**

The plaintiff has moved for default based on the alleged failure of the defendants to provide discovery as ordered by the court. In response to this motion, the defendants state as follows:

1. On December 23, 2003, the defendants moved for a modification of the scheduling order giving them until January 23, 2004 to comply with discovery that was ordered in the court's ruling on summary judgment dated December 5, 2003

2. The defendants have provided the plaintiff with the required discovery in a timely manner.

3. It appears that the plaintiff did not receive notice of the order granting the defendants until January 23 to comply with discovery and therefore did not realize that the extension of time had been granted.

WHEREFORE, the defendants object to the plaintiff's motion for entry of default.

DEFENDANTS,
John Armstrong, Lynn Milling
Jack Tokarz, Director Levesque

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Neil Parille
Assistant Attorney General
Federal Bar No. ct15278
110 Sherman Street
Hartford, CT 06105
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
E-mail: neil.parille@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 6th day of February, 2004 to:

Bruce Jefferson, Inmate No. 245137
MacDougal-Walker Correctional Institution
1153 East South Street
Suffield, CT 06080

_____
Neil Parille
Assistant Attorney General

2