UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB -9 P 5:03

Bruce D. Jefferson  :  PRISONER
                    :  Civil No. 3:01CV1575 (JCH)(HBF)
    Vs              :
John Armstrong, Jack Tokarz,  :
Director Levesque And Lynn   :  February 3, 2004
Milling

## Plaintiff's Motion To Appoint Counsel

Here Now Comes The Above Captioned Plaintiff With His Motion To Appoint Counsel For The Following Reason's,

1) On January 26, 2004 The Defendants Through Their Counsel Have Submitted Their Response To The Plaintiff's Request For Production Of Documents, As Well As First Set Of Interogatories.

2) The Plaintiff State's That The Defendant's Responses To His Interogatories Are Totally Inaccurate, Contradictory, As Well As Evasive.

3) The Plaintiff Has Been Denied By The Above Captioned Defendants Agents Access To Case Law Needed In The Above Captioned Case, Not Allowed Needed Legal Resources I.E. Typewriter's, Needed Legal Case's, Access To The Facillities Legal Resource Center, ETC.

4) The Plaintiff State's That Over The Past 2yr's, He Has In Fact Experienced A "Very" Uncoroperative, Unproductive, Working Relationship With The Connecticut State Inmate Legal Assistant Program Due To Some Of His Past Litigation Against Some Of The Panel Memeber's of ILAP, & The State Of Connecticut.

5) Plaintiff Also State's That Due To His Non-Knowledge, And Non-Access, To The Law The Defendants Have Already Received A Partial Summary Judgement In The Above Captioned Case.

6) Plaintiff Also Now State's That He In Fact "Need's" The Experience, And Skills, And Know How, Of A Licensed Attorney To Properly Present, & & Substantiate The Illegal Violations Of The Defendants.

7) Plaintiff Also State's That He (Doe's) In Fact Also Need A Attorney To Retrieve Needed Paperwork, & Answer's That He Is Unable To Obtain Due To His Present Incarceration.

8) Plaintiff Bruce D. Jefferson, Pursuant To 42 U.S.C. § 1915, Request This Court To Appoint Counsel To Represent Him.

9) Plaintiff Has Already Submitted His Required Needed Proof To This Hon. Court That He (Has) In Fact, On Many Occassions Attempted To Retain Pro-Bono Counsel With "No" Sucess.

10) The Issues In This Case Are Far To Complicated.

11) Plaintiff Is "Not" Able To Afford Counsel.

12) The Prison Limits The Hours That Plaintiff May Have Access To The Prison Library And The Law Materials Contained There Are "Very" Limited.

13) Plaintiff Has A "Very" Limited Knowledge Of The Law.

14) The Ends Of Justice Would Best Be Served In This Case If An Attorney Was Appointed To Represent The Plaintiff.

*Bruce D. Jefferson*
Bruce D. Jefferson - 245137
1153 - East St. South
Suffield, Conn 06078

## CERTIFICATION

This is to certify that a copy of the foregoing was sent by First-Class Mail, Postage Prepaid, this 3rd Day of February, 2004 To:

Defendants: John Armstrong, Jack Tokarz, Director Levesque, and Lynn Milling, & Atty. Neil Parille, Assist. Atty. Gen, 110-Sherman St. Htfd, CT 06105

Bruce D. Jefferson
Bruce D. Jefferson - 245137
Defendant