UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRUCE D. JEFFERSON          :
                           :              PRISONER
     v.                    :   Case No. 3:01CV1575(JCH)(HBF)
                           :
JOHN ARMSTRONG, et al.     :

RULING AND ORDER

Plaintiff asks the court to default defendants for failing to respond to outstanding discovery as ordered in the court's December 8, 2003 ruling.  Plaintiff mailed his motion to the court on Monday, January 26, 2004.

On January 23, 2004, however, the court granted defendants' motion for modification of the ordered deadlines.  (See Doc. #57.)  Defendants were granted an extension of time until Friday, January 23, 2004, to respond to the outstanding discovery.  Plaintiff filed his motion before he received the court's ruling granting defendants' motion and before he would have received defendants' responses mailed in compliance with the revised deadlines.

Accordingly, plaintiff's motion [**doc. #58**] is **DENIED** without prejudice to refiling if defendants have not complied with the revised deadlines.

**SO ORDERED.**

Entered this 11th day of February, 2004, at Bridgeport, Connecticut.

___/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE