UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
BRUCE D. JEFFERSON              :
                                :           PRISONER
     v.                         :   Case No. 3:01CV1575(JCH)(HBF)
                                :
JOHN ARMSTRONG, et al.          :
```

RULING AND ORDER

Defendants seek a two-week extension of time, until February 26, 2004, to file their renewed motion for summary judgment. They indicate that case will not be delayed because plaintiff has filed a notice of appeal of the court's decision granting in part and denying in part the previous motion for summary judgment.

Defendants' motion [**doc. #59**] is **GRANTED**.  Defendants shall file their renewed motion for summary judgment on or before **February 26, 2004.**

**SO ORDERED.**

Entered this 12th  day of February, 2004, at Bridgeport, Connecticut.

```
                        __/s/_____
                        HOLLY B. FITZSIMMONS
                        UNITED STATES MAGISTRATE JUDGE
```