**FILED**

2004 MAR -1  P 4: 15

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRUCE JEFFERSON | : | PRISONER |
| V. | : | CIV. NO. 3:01CV1575 (JCH)(HBF) |
| JOHN ARMSTRONG, JACK TOKARZ, LYNN MILLING AND DIRECTOR LEVESQUE | : | FEBRUARY 26, 2004 |

### THE DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendants renew their motion for summary judgment. Based on the evidence in this case, there are no material issues of fact concerning the following:

1. The defendants have qualified immunity because, to the extent that they were put on notice of the plaintiff's complaints, they investigated the plaintiff's allegations of Eighth Amendment violations while being housed in Virginia and reasonably concluded that his complaints were without merit.

2. The plaintiff has failed to show personal involvement of the defendants (all of whom are or were Connecticut employees) in the conditions of confinement while the plaintiff was in the segregation unit in Virginia.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

DEFENDANTS
John Armstrong, Lynn Milling
Jack Tokarz, Director Levesque

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Neil Parille
Neil Parille
Assistant Attorney General
Federal Bar No. #Ct.15278
110 Sherman Street
Hartford, CT 06105
Tel.: (860) 808-5450
Fax: (860) 808-5593
Neil.Parille@po.state.ct.us

### CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 26th day of February 2004 to:

Bruce Jefferson, Inmate No. 245137
MacDougall-Walker Correctional Institution
1153 East South Street
Suffield, CT 06080

/s/ Neil Parille
Neil Parille
Assistant Attorney General