FILED
2004 MAR 10 P 5:05
U.S. DISTRICT COURT
BRIDGEPORT, CONN

United States District Court
District Of Connecticut

Bruce Jefferson : Prisoner
: CV. No 3:01CV1575 (JCH)(HBF)
V. :
John Armstrong, Jack Tokarz, :
Lynn Milling, & Director Levesque : March 8, 2004

## Plaintiff's Motion For Enlargement Of Time

The Plaintiff in the above-entitled matter, pursuant to Local Rule 9(d) and Federal Rules of Civil Procedure 12, respectfully move for a Ninety (90) day extension of time within to file an answer or otherwise respond to the Defendants Motion For Summary Judgment up to including June 9, 2004. In support of this Motion, the Plaintiff represent the following:

1) The Motion contains complex factual and legal allegations;
2) The undersigned is still in the process of gathering the relevant information needed for a response;
3) Due to present incarceration status, the Defendants agents have made it very difficult for the Plaintiff to obtain the needed resource's, needed to properly respond to the Defendants Motion.

Respectfully Submitted,
Plaintiff
Bruce D. Jefferson
By: *Bruce D. Jefferson*
Bruce D. Jefferson - 245137
1153-East St. South
Suffield, CT 06080

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 8th day of March, 2004:

John Armstrong
Jack Tokarz
Lynn Milling
Director Levesque
Atty. Neil Parille
110-Sherman St.
Htfd, CT 06105

*Bruce D. Jefferson*