```
                  UNITED STATES DISTRICT COURT
                     DISTRICT OF CONNECTICUT
```

BRUCE D. JEFFERSON                :
                                  :           PRISONER
   v.                             :  Case No. 3:01CV1575(JCH)(HBF)
                                  :
JOHN ARMSTRONG, et al.            :


<u>RULING AND ORDER</u>

Plaintiff seeks an extension of time, until June 9, 2004, to respond to defendants' motion for summary judgment that was filed on March 1, 2004.

Plaintiff's motion [**doc. #67**] is **GRANTED** to the extent that plaintiff is directed to file his response to the motion for summary judgment on or before **May 3, 2004.**

   **SO ORDERED.**

Entered this 24th day of March, 2004, at Bridgeport, Connecticut.

                           ___/s/_____
                           HOLLY B. FITZSIMMONS
                           UNITED STATES MAGISTRATE JUDGE