UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BRUCE JEFFERSON
                                                 PRISONER
   v.                                 CIVIL NO. 3:01CV1575 (JCH)

JOHN ARMSTRONG
JACK TOKARZ
DIRECTOR LEVESQUE
LYNN MILLING

## J U D G M E N T

This cause came on for consideration of the defendants' Motions for Summary Judgment before the Honorable Janet C. Hall, United States District Judge.

The Court has considered both motions and all the related papers. On December 8, 2003, the court granted defendants' first motion for summary judgment as to plaintiff's claim that confinement in segregation for more than fifteen days violated his right to due process and dismissed, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), his claim that the confinement in segregation violated his right to be free from double jeopardy.

On July 28, 2004, the court granted defendants' second motion for summary judgment as to plaintiff's claims concerning conditions of confinement in the segregation unit and directed the Clerk to close this case.

Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 30th day of July, 2004.

                                                     KEVIN F. ROWE, Clerk

                                                     By s/s Cynthia Earle
                                                        Cynthia Earle
                                                        Deputy Clerk

Entry on Docket _____