FORM 2

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 AUG 25 P 4: 48

U.S. DISTRICT COURT
BRIDGEPORT CONN

Bruce D. Jefferson

v.   CIVIL CASE NO. 3:02-CV-1575(JCH)(HBF)

John Armstrong, et al

## MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(5), __Bruce D. Jefferson__ respectfully requests leave
(appealing party)
to file the within notice of appeal out of time. __Bruce D. Jefferson__ desires to appeal
(appealing party)
the judgment in this action entered on __7/26/04__, but failed to file a notice of appeal

within the required number of days because:

EXPLAIN HERE THE "EXCUSABLE NEGLECT" OR "GOOD CAUSE" WHICH LED TO
YOUR FAILURE TO FILE A NOTICE OF APPEAL WITHIN THE REQUIRED NUMBER
OF DAYS.

My Mail Has Been Getting Received To Me Very, Very, Late Because, D.O.C. Continues To Keep Moving Me From Facility, To Facility.

Bruce D. Jefferson
Signature

Bruce D. Jefferson
Print Name

335-Bilton Rd. - P.O. Box-100

Somers, Conn 06071
Address

Date: 8-22-04

Telephone Number

Note: You may file this form, together with a copy of Form 1.[Notice of Appeal] if you are seeking to appeal a judgment and did not file a copy of Form 1[Notice of Appeal] within the required time. These forms must be received in the Office of the Clerk of the U.S. District Court no later than 30 days after the expiration of the time prescribed by Rule 4(a) FRAP.