**FORM 1**

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT    BRIDGEPORT
August 25, 2004
By: _____
Deputy Clerk

Bruce D. Jefferson

v.

John Armstrong et al

CIVIL CASE NO. 3:~~02~~ 01 -CV-1575 (JCH)(HBF

### NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), Bruce D. Jefferson hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (describe the Judgment or Order):

Defendants Motion For Summary Judgement

2. The Judgment /Order in this action was entered on 7/26/04 .
(date)

Bruce D. Jefferson
Signature

Bruce D. Jefferson
Print Name

335-Bilton Rd. - P.O. Box-100
Somers, Conn 06071
Address

Date: 8/22/04

_____
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within
30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States
is a party).