UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


BRUCE D. JEFFERSON                     :
                                       :              PRISONER
     v.                                :   Case No. 3:01CV1575(JCH)(HBF)
                                       :
JOHN ARMSTRONG, et al.                 :


RULING AND ORDER

     Plaintiff seeks an extension of time to file a notice of appeal.  Plaintiff's motion [**doc. #72**] is **GRANTED.**

     The district court may not extend the time for filing a notice of appeal more than 30 days beyond the time prescribed in Rule 4(a)(1).  See R. App. P. 4(a)(5)(C).  Judgment entered on July 30, 2004.  The normal time within which to file an appeal, 30 days, expires on August 29, 2004.  Plaintiff is afforded a 30 day extension of time.  Thus, he must file his notice of appeal on or before **September 28, 2004.**

     **SO ORDERED.**

     Entered this 31st day of August, 2004, at Bridgeport, Connecticut.


                              ____/s/_____
                              HOLLY B. FITZSIMMONS
                              UNITED STATES MAGISTRATE JUDGE