# MANDATE

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

**FILED**

Roseann B. MacKechnie
CLERK

2005 MAY 31  P 2: 51

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| Date: | 5/23/05 |
| Docket Number: | 04-4781-pr |
| Short Title: | Jefferson v. Armstrong |
| DC Docket Number: | 01-cv-1575 |
| DC: | DISTRICT OF CONNECTICUT (NEW HAVEN) |
| DC Judge: | Honorable Janet Hall |

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 23rd day of May, two thousand five.

Bruce D. Jefferson,

    Plaintiff-Appellant,

v.

John Armstrong, Jack Tokarz, Director Levesque, Lynn Milling,

    Defendants-Appellees.

## ORDER OF DISMISSAL

NOTICE HAVING BEEN GIVEN that the appellant was required to file a Prisoner Authorization form, properly signed and without alternation, and **APPELLANT HAVING FAILED** to file said Prisoner Authorization form within the **THIRTY DAYS** prescribed, **THIS APPEAL IS HEREBY DISMISSED.** Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

## CERTIFICATE OF MAILING

The undersigned Deputy Clerk hereby certifies that this Order was mailed this date to all parties to this action.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

For the Court,
Roseann B. MacKechnie, Clerk

By: Frank Perez
Deputy Clerk

Certified: MAY 2 3 2005